IN THE COURT OF CRIMINAL APPEALS
FOR THE STATE OF TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS
SEP 28 2016
Abel Acosta, Clerk

| | | |
|---|---|---|
| DON REED | * | |
| Appellant | * | |
| | * | COA# 02-15-00173-CR |
| vs. | * | |
| | *. | |
| THE STATE OF TEXAS | * | |
| Appellee | * | |

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta, Clerk

## FIRST MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF APPEALS:

COMES NOW, the Appellant, Pro Se, and respectfully moves the Court to extend the time for filing a petition for discretionary review in this cause, and in support therefore would show the Court as follows:

I.

That Appellant was found guilty of the offense of Impeding Breath, Family Violence, Cause No. F-2012-2654-C in the 211th District Court of Denton County, Texas. Appellant was sentenced by the court and timely gave notice of Appeal.

II.

Appellant's petition for discretionary review is currently due on September 26, 2016.

III.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 28 2016

Abel Acosta, Clerk

Appellant hereby requests an extension of time to file his Petition for Discretionary Review until October 26, 2016, and as reasons therefore would show this cause as follows:

Appellant requires additional time to consult with and potentially retain Counsel for representation.

WHEREFORE, PREMISES CONSIDERED, Appellant respectfully requests this Honorable Court to extend the time for filing Appellant's Petition for Discretionary Review in this cause to October 26, 2016.

Respectfully submitted,

Don Reed, Pro Se
1605 Hemphill St.
Greenville, Tx. 75401
214-334-5070
Dreed1901@ymail.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing motion was delivered to Paul Johnson, District Attorney for Denton County, Texas, on September 26, 2016.

Don Reed, Pro Se